# UNITED STATES DISTRICT COURT
## for the
_____ District of _____

_____ Division

| | |
|---|---|
| MARSHA BIENAIME_____ <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> MIAMI DADE CORRECTIONS AND REHABILITATION DEPARTMENT____ <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑ Yes ☐ No <br><br> FILED BY _____ D.C. <br> JAN 06 2023 <br> ANGELA E. NOBLE <br> CLERK U.S. DIST. CT. <br> S. D. OF FLA. - MIAMI |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MARSHA BIENAIME |
| Street Address | 2345 SUPERIOR STREET |
| City and County | OPALOCKA FL (DADE COUNTY) |
| State and Zip Code | FLORIDA 33054 |
| Telephone Number | 786-668-9969 |
| E-mail Address | LOVELYB33@yahoo.com / MARSHAWONDERFULMADE@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: MIAMI DADE CORRECTIONS & Rehabilitation DEPARTMENT
- Job or Title (if known): EMPLOYER
- Street Address: 2525 NW 62nd Street (North Dade Justice Center)
- City and County: MIAMI DADE COUNTY
- State and Zip Code: FLORIDA
- Telephone Number: 786-263-6000
- E-mail Address (if known): MDCR@MIAMIDADE.GOV

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Miami Dade County Corrections & Rehabilitation Department |
| Street Address | 2525 NW 62nd Street / North Dade Justice Center |
| City and County | Miami (Miami Dade County) |
| State and Zip Code | Florida 33147 |
| Telephone Number | 786-263-6000 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[✓] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes (check all that apply):

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts (specify): _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) 9/24/2019 / 6-6-2020 / 3-30-2021 / 5-21-2021

C. I believe that defendant(s) (check one):
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check all that apply and explain):
- [ ] race _____
- [ ] color _____
- [ ] gender/sex _____
- [x] religion   STATING I WAS EXPERIENCING SOME SORT OF PSYCHOSIS
- [ ] national origin _____
- [ ] age (year of birth) _____ (only when asserting a claim of age discrimination.)
- [x] disability or perceived disability (specify disability)
WHEN I ASKED FOR FAMILY MEDICAL LEAVE BASE OFF OF THE FITNESS FOR DUTY RESULTS IT WAS DENIED, IN PERSON & VIA EMAIL.

E. The facts of my case are as follows. Attach additional pages if needed.

Case 1:23-cv-20079-JEM Document 1 Entered on FLSD Docket 01/09/2023 Page 5 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I DID NOT HAVE A DISABILITY. THIS EMPLOYER SENT ME TO A FITNESS FOR DUTY EVALUATION ONLY TO DISCRIMINATE AGAINST MY RELIGION, AND HAD IT LABELED AS A DISABILITY. (DOCTOR'S NOTES, MEDICAL INFORMATION ARE ATTACHED) WHEN I ASKED FOR FAMILY MEDICAL LEAVE BASE UPON THE FITNESS FOR DUTY RESULTS, THAT I HAVE A MEDICAL CONDITION, I WAS DENIED FMLA BY THIS EMPLOYER IN PERSON & VIA EMAIL.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

JUNE 11, 2022

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* NOVEMBER 7, 2022

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like RELIEF FOR THE PHYSICAL STRAIN AND HEALTH PROBLEMS THIS HAS CAUSED, ME AND MY TODDLER FOR 2½ YEARS.
- MY MENTAL HEALTH. I AM EXTREMELY TRAUMATIZED, EXTREMELY.
- MY BLOOD PRESSURE HAS BEEN AFFECTED, OVERALL HEALTH.
- MY TODDLER WAS AFFECTED BY THE STRESS LEVEL THIS BROUGHT ME
- THEY HAVE BEEN STALKING ME ON SOCIAL MEDIA STILL DISCRIMINATING
I AM SEEKING $10,000,000 - TEN MILLION FOR ALL THE DAMAGES CAUSED BY ALL OF THIS.

Page 5 of 6

THIS EMPLOYER TRIED TO AVOID THIS LAWSUIT BY STALKING ME SEVERLY. I HAVE A RECORDING OF THE MANAGER AT JACKSON BEHAVIOR HEALTH (where this employer was sending employees for the Fitness For Duty Evaluation) THE MANAGER STATED TO ME ON RECORDING THAT I HAD SOMEONE SHOWING UP TO MY APPOINTMENTS STALKING ME. AND SHE HAD TO ASK HIM TO LEAVE ACCORDING TO THE HOSPITAL/PATIENT'S RIGHTS POLICY.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 6, 2023

Signature of Plaintiff: *Marsha B /Koshuckjere/*

Printed Name of Plaintiff: MARSHA BIEN AIME

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____